IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANTONIO MUNOZ, Jr. | § | CASE NO. 25-60479 |
| TIN: xxx-xx-7020 | § | |
| 9660 U.S. Hwy 79 | § | |
| Jacksonville, TX 75766 | § | CHAPTER 11 |
| | § | |
| DEBTOR(S) | § | |

**MOTION OF DEBTOR FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW FOR THE CONTINUATION OF AN APPELLATE PROCEEDING**

**Your rights may be affected by the relief sought in this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you oppose the relief sought by this pleading, you must file a written objection, explaining the factual and/or legal basis for opposing the relief.**

**No hearing will be conducted on this motion for relief unless a written response is filed with the clerk of the United States Bankruptcy Court, Tyler, Texas, and served on the party filing this pleading _WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE_ shown on the certificate of service unless the Court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the Court may enter an order granting the relief sought. If an objection is filed and served in a timely manner, the Court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection will be stricken. The Court reserves the right to set a hearing on any matter.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

  COMES NOW Antonio Munoz, Jr., Movant, and "Debtor" in the above-styled and numbered case, and to file his Motion for Relief from the Automatic Stay to allow the Continuation of an Appellate Proceeding and in support would respectfully show the following:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157.

2. Movants have filed for relief under Chapter 13 of the United States Bankruptcy Code, wherein certain acts and proceedings against the Debtor and his property are stayed as provided in 11 U.S.C. § 362(a).

3. On October 23, 2024, a judgment was recovered by Jerry Thomas (herein "THOMAS") in the District Court of Cherokee County, Texas in Cause No. 2022-

05108. The judgment was in the amount of $1,800,000.00 plus pre-judgment interest. Debtor perfected its appeal of said judgment, and said appeal is currently pending in Case No. 12-25-00047-CV, styled as *Antonio Munoz Aserradero, LLC and Antonio Munoz, Individually, Appellants v. Jerry Thomas, Appellee,* in the Court of Appeals for the Twelfth Judicial District in Tyler, Texas. All briefing was completed by the time of the filing of the Debtor's bankruptcy case. The matter is ready for consideration by the Court of Appeals. Prior to the filing of this bankruptcy case, the Court of appeals had notified the parties to the appeal that it would not require oral argument.

4. The claim of THOMAS is contested and disputed by Debtor, and a decision by the Court of Appeals is necessary to determine whether he will object to the claim of THOMAS in this bankruptcy case and how the claim will be treated in any plan of reorganization. Cause exists for the Court to modify the automatic stay only to allow the Court of Appeals to decide the appeal brought by Debtor of the judgment described above so that the Debtor may determine how the claim of THOMAS will be treated in any organized plan of reorganization by the Debtor.

Debtor respectfully requests that the Court enter its order modifying the automatic stay of 11 U.S.C. §362(a), so as to allow the Twelfth Court of Appeals to decide the appeal brought by Debtor in Case No. 12-25-00047-CV.

Respectfully submitted,

**/s/ Gordon Mosley**
Gordon Mosley
State Bar No. 00791311
4411 Old Bullard Road, Suite 602
Tyler, Texas 75703
Phone: 903-534-5396
Fax: 903-582-4038
ATTORNEY FOR MOVANT

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Relief From Automatic Stay was forwarded to each of the following parties listed on the Court's attached mailing matrix, by first class mail (or via e-mail) on the 10th day of September, 2025.

                                              **/s/ Gordon Mosley**
                                              GORDON MOSLEY