

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **ANTONIO MUNOZ, Jr.** | § | **CASE NO. 25-60479** |
| SSN: xxx-xx-7020 | § | |
| 9660 US Hwy. 79 | § | **CHAPTER 11 Sub-V** |
| Jacksonville, TX 75766 | § | |
| | § | |
| | § | |
| Debtor | § | |

### ORDER APPROVING THE EMPLOYMENT OF GORDON MOSLEY AS BANKRUPTCY COUNSEL FOR THE ESTATE

ON THIS DATE, this Court considered the Application of Antonio Munoz, "Debtor" for an order approving the employment of Gordon Mosley as bankruptcy counsel to represent the Chapter 11 Estate. The Application has been properly served as required by LBR 2014 and no objection to the Application has been timely filed by any party. Upon review of the Application, it appears to the Court that the proposed professional is "disinterested" as that term is defined in 11 U.S.C. § 101(14) and that the proposed Professional represents or holds no interest adverse to the Estate. Accordingly,

**IT IS THEREFORE ORDERED** that the Application is **GRANTED** and that the employment of Gordon Mosley as bankruptcy counsel for the Chapter 11 Estate is hereby **APPROVED,** with such compensation as may be awarded by the Court upon proper application submitted pursuant to Fed.R.Bankr.P. 2016(a) and LBR 2016.

Signed on 9/25/2025

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE